**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-1281**

———————————

DAVID L. BRIGHT,

Plaintiff - Appellant,

versus

NORSHIPCO; NORFOLK SHIPBUILDING & DRYDOCK
CORPORATION,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-96-985-2)

———————————

Submitted: January 15, 1998     Decided: January 26, 1998

———————————

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David L. Bright, Appellant Pro Se. Ronda Lynn Brown, Thomas Michael Lucas, VANDEVENTER, BLACK, MEREDITH & MARTIN, Norfolk, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his complaint claiming employment discrimination, wrongful termination, and intentional infliction of emotional distress. We have reviewed the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Bright v. Norshipco, No. CA-96-985-2 (E.D. Va. Jan. 29, 1997). Further, we decline to address claims raised by Appellant for the first time on appeal. See Singleton v. Wulff, 428 U.S. 106, 120 (1976); Bakker v. Grutman, 942 F.2d 236, 242 (4th Cir. 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED